UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>D-1 ISRAEL LEE CRUMPTON, and<br>D-2 JEFFERY EARL SWAIN,<br><br>Defendants.<br>_____/ | Case:2:21-cr-20189<br>Judge: Hood, Denise Page<br>MJ: Patti, Anthony P.<br>Filed: 03-17-2021 At 04:06 PM<br>INDI USA V. SEALED MATTER (DA)<br><br>**VIOLATIONS:**<br>21 U.S.C. §§ 846, 841(a)(1),<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
*Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances – 21 U.S.C. § 846*

D-1 ISRAEL LEE CRUMPTON
D-2 JEFFERY EARL SWAIN

From on or about November 2018 to on or about May 2, 2019, in the Eastern District of Michigan, and elsewhere, the defendants, ISRAEL LEE CRUMPTON and JEFFERY EARL SWAIN, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons, both known and unknown to the Grand Jury, to distribute, and possess with intent to distribute, controlled substances, to wit: a mixture and substance containing a detectable amount of

fentanyl and a detectable amount of heroin, Schedule II controlled substances; a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

With respect to the defendant ISRAEL LEE CRUMPTON, the controlled substances involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, included 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

**COUNT TWO**
*Possession with Intent to Distribute Fentanyl/Heroin – 21 U.S.C. § 841*

D-1 ISRAEL LEE CRUMPTON
D-2 JEFFERY EARL SWAIN

On or about February 5, 2019, in the Eastern District of Michigan, the defendants, ISRAEL LEE CRUMPTON and JEFFERY EARL SWAIN, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of fentanyl and a detectable amount of heroin, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1).

With respect to the defendant ISRAEL LEE CRUMPTON, it is further alleged that the controlled substance involved was 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B)(vi).

## COUNT THREE
*Possession with Intent to Distribute Cocaine – 21 U.S.C. § 841*

D-1 ISRAEL LEE CRUMPTON
D-2 JEFFERY EARL SWAIN

On or about February 5, 2019, in the Eastern District of Michigan, the defendants, ISRAEL LEE CRUMPTON and JEFFERY EARL SWAIN, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT FOUR
*Possession with Intent to Distribute Cocaine Base – 21 U.S.C. § 841*

D-1 ISRAEL LEE CRUMPTON
D-2 JEFFERY EARL SWAIN

On or about February 5, 2019, in the Eastern District of Michigan, the defendants, ISRAEL LEE CRUMPTON and JEFFERY EARL SWAIN, knowingly and intentionally possessed with intent to distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of cocaine base, a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1).

## COUNT FIVE
*Felon in Possession of Firearms – 18 U.S.C. § 922(g)(1)*

D-1 ISRAEL LEE CRUMPTON

On or about February 5, 2019, in the Eastern District of Michigan, the defendant ISRAEL LEE CRUMPTON, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit: a (1) Smith & Wesson Shield 9mm handgun; (2) Glock 27 .40 caliber handgun; (3) Cobra CB38 .38 caliber handgun; (4) Smith & Wesson 36 .38 caliber handgun; (5) Hi-Point CF350 9mm handgun; (6) Glock 22 .40 caliber handgun; (7) Bryco 59 .380 caliber handgun; (8) Ruger Vaquero .44 caliber handgun; (9) Lorcin L380 .380 caliber handgun; (10) Harrington & Richardson Young American .32 caliber handgun; and (11) Savage-Stevens Sun City 12 gauge shotgun, that were shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
*21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c)*

The above allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

Upon conviction of the Title 21 offenses set forth above in this Indictment, defendants, ISRAEL LEE CRUMPTON and JEFFERY EARL SWAIN, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

The above allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth above in this Indictment, the defendant ISRAEL LEE CRUMPTON shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in or used in the knowing commission of the offense.

**THIS IS A TRUE BILL**

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
ACTING UNITED STATES ATTORNEY

MATTHEW A. ROTH
Chief, Major Crimes Unit


*s/ Paul A. Kuebler*
PAUL A. KUEBLER
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, Michigan 48226
(313) 226-9641
paul.kuebler@usdoj.gov

Dated: March 17, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cov | Case: 2:21-cr-20189<br>Judge: Hood, Denise Page<br>MJ: Patti, Anthony P.<br>Filed: 03-17-2021 At 04:06 PM<br>INDI USA V. SEALED MATTER (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comp

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: _PAK_ |

**Case Title:** USA v. _D-1 Israel Lee Crumpton and D-2 Jeffery Earl Swain_

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

✓ Indictment/____ Information --- **no** prior complaint.
____ Indictment/____ Information --- based upon prior complaint [Case number: _____]
____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 17, 2021
Date

/s/ Paul A. Kuebler

Paul A. Kuebler
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9641
Fax: 313-226-2372
E-Mail address: paul.kuebler@usdoj.gov
Attorney Bar #: NY4268561

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.