UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Case No.  21-cr-20189

Hon. Denise Page Hood

v.

D-1, Israel Lee Crumpton,

Defendant.

_____/

## VERDICT FORM

We, the jury, unanimously find the following:

## COUNT ONE

**Question 1:** With respect to the charge in Count One of the indictment, which charges the defendant with conspiracy to distribute and to possess with intent to distribute a controlled substances, namely a mixture or substance containing a detectable amount of fentanyl and heroin, we the jury find the defendant:

_____ Not Guilty _____✕_____ Guilty

If you answered guilty in response to Question 1, proceed to Question 1.a.

**Question 1.a.:** With respect to Count One, the amount of controlled substances involved were (indicate answer by checking one line for each substance below):

_____40 grams or more of a mixture or substance containing a detectable amount of fentanyl; or

____✕_____less than 40 grams of a mixture of substance containing a detectable amount of fentanyl.

## COUNT TWO

**Question 2:** With respect to the charge in Count Two of the indictment, which charges the defendant with possession with intent to distribute controlled substances, namely a mixture or substance containing a detectable amount of fentanyl and heroin, we the jury find the defendant:

_____ Not Guilty ____✕_____ Guilty

**Question 2.a.:** With respect to Count Two, the amount of controlled substances involved were (indicate answer by checking one line for each substance below):

_____40 grams or more of a mixture or substance containing a detectable amount of fentanyl; or

____✕_____less than 40 grams of a mixture of substance containing a detectable amount of fentanyl.

## COUNT THREE

**Question 3:** With respect to the charge in Count Three of the indictment, which charges the defendant with possession with intent to distribute controlled substances, namely a mixture or substance containing a detectable amount of **cocaine**, we the jury find the defendant:

_____ Not Guilty _____ Guilty

## COUNT FOUR

**Question 4:** With respect to the charge in Count Four of the indictment, which charges the defendant with possession with intent to distribute controlled substances, namely a mixture or substance containing a detectable amount of **cocaine base**, we the jury find the defendant:

_____ Not Guilty _____ Guilty

## COUNT FIVE

**Question 5:** With respect to the charge in Count Five of the indictment, which charges the defendant with possession of a firearm as a convicted felon, we the jury find the defendant:

_____ Not Guilty _____ Guilty

Tracey
Scott

_____
Foreperson

5/31/24
_____
Date

3